**Order entered March 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00224-CR
No. 05-18-00225-CR
No. 05-18-00226-CR

**IVAN VETCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. W401-81746-2013-HC,**
**W199-81478-2013-HC, W199-82614-2013-HC**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief on appellant's application for writ of habeas corpus. These are accelerated appeals and are governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare certifications of appellant's right to appeal and to file them with the clerk's records.

The Court notes that these appeals arise from the same cases as prior appeals in this Court adjudicated under cause nos. 05-17-00322-CR, 05-17-00323-CR, and 05-17-00324-CR. To avoid the time and expense of having the trial court clerk duplicate documents already filed, we

**DIRECT** the Clerk to duplicate the electronic clerk's records filed with the Clerk on April 20 and 21, 2017 in cause nos. 05-17-00322-CR, 05-17-00323-CR, and 05-17-00324-CR styled *Ex parte Ivan Vetcher* and place each clerk's record into the corresponding current appeal.

We **ORDER** the Collin County District Clerk to file the clerk's records by **March 23, 2018**. We **ORDER** that the clerk's records contain copies of all documents related to appellant's applications for writ of habeas corpus not previously filed in cause nos. 05-17-00322-CR, 05-17-00323-CR, and 05-17-00324-CR, including appellant's 11.072 writ applications, any responses from the State, the trial court's order adjudicating the writ applications, and the trial court's certifications of appellant's right to appeal.

We **ORDER** the court reporter to file, by **March 23, 2018**, either the reporter's record or written verification that no hearing was conducted.

After the record has been filed, the Court will notify the parties of the deadlines for filing briefs and also of the submission date and the panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, presiding judge of the 199th Judicial District Court; Sheri J. Vecera, official court reporter of the 199th Judicial District Court; Lynne Finley, Collin County District Clerk; appellant; and the Collin County Criminal District Attorney's Office.

/s/    LANA MYERS
        JUSTICE